

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2019

No. 04-18-00899-CV

Jennifer L. **ZUNIGA**, Individually and as Judgment Creditor and on Behalf of Christopher J. Medina,
Appellants

v.

**FARMERS TEXAS COUNTY MUTUAL INSURANCE CO.**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI11445
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Appellant's brief was originally due to be filed in this appeal on January 16, 2019. On January 17, 2019, appellant's first motion for extension of time to file appellant's brief was granted, extending the deadline to February 19, 2019. On February 21, 2019, appellant's second motion for extension of time to file appellant's brief was granted, extending the deadline to February 22, 2019. On February 26, 2019, appellant's third motion for extension of time to file appellant's brief was granted, extending the deadline to March 4, 2019. The order granting appellant's third motion stated, "No further extensions of time will be granted absent extraordinary circumstances."

On March 4, 2019, appellant filed a fourth motion for extension of time to file appellant's brief, requesting an extension to March 6, 2019 based on appellant's attorney's workload. Although appellant's motion does not present any extraordinary circumstances, the motion is GRANTED. Appellant's brief must be filed no later than March 6, 2019. No further extensions will be granted absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2019.



KEITH E. HOTTLE,
Clerk of Court